IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JONATHON MAYNARD )<br>)<br>Defendant. ) | Case No. 8:14CR325<br><br>ORDER |

This case is before the court on the defendant Jonathon Maynard's Motion to Suppress Statement (#23). The defendant moves the court for an order suppressing any statements or admissions made by him to law enforcement on August 1, 2014. The government has filed a Brief in Response to Defendant's Motion to Suppress (#26), noting that they do not intend to offer any statements by the defendant in their case in chief. Based upon the representations of the government, the court finds that an evidentiary hearing is not necessary.

**IT IS ORDERED:**

1. Based upon the government's response that statements by the defendant Jonathon Maynard will not be offered as evidence in their case in chief, the court finds the defendant's motion to suppress (#23) is moot and can be termed on the docket.

Dated this 11th day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge