IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR325 |
| vs. | |
| JONATHON MAYNARD, | ORDER |
| Defendant. | |

This matter is before the court on defendant's unopposed motion to continue trial [29] as counsel needs additional time to prepare for trial and explore plea negotiations. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

IT IS ORDERED that the motion to continue trial [29] is granted, as follows:

1. The jury trial now set for May 5, 2015 is continued to **June 9, 2015**.

2. Defendant shall file a waiver of speedy trial as soon as practical.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, **the time between today's date and June 9, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 21st day of April, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge